IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| KHARON TORCHEC DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:15cv913-MHT |
| | ) | (WO) |
| DONALD VALENZA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2241, petitioner filed this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this habeas-corpus request be dismissed without prejudice to allow petitioner to exhaust his state-court remedies.  Also before the court is petitioner's motion to dismiss his petition to allow him to exhaust state-court remedies.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation

should be adopted and the petitioner's motion to dismiss granted.

An appropriate judgment will be entered.

DONE, this the 4th day of April, 2016.

                                             /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE