IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KHARON TORCHEC DAVIS,         )
                              )
    Petitioner,               )
                              )      CIVIL ACTION NO.
    v.                        )         1:15cv913-MHT
                              )             (WO)
DONALD VALENZA, et al.,       )
                              )
    Respondents.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 19) is adopted.

(2) Petitioner's motion to dismiss his petition (doc. no. 20) is granted.

(3) The petition for writ of habeas corpus (doc. no. 6) is dismissed without prejudice, with no costs taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 4th day of April, 2016.**

                                                  __/s/ Myron H. Thompson____
                                                  **UNITED STATES DISTRICT JUDGE**